# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:11-CR-00095-RLH-CWH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TIMOTHY LOREN MORTENSEN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's MOTION to Allow Previously Filed Memorandum Supporting 2255 Motion (#86) is GRANTED. The Clerk of the Court is ordered to file Defendant's previous Memorandum in Support (# 74 at Ex. 1) as an exhibit or related document to Defendant's most recent MOTION to Vacate under 28 U.S.C. 2255 (# 83).

IT IS FURTHER ORDERED that the newly docketed Memorandum in Support will be referred to the US Attorney for its consideration in responding to Defendant's Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody (#83) pursuant to this Court's prior Order at #84.

IT IS SO ORDERED.

Dated:  November 27, 2013.

**ROGER L. HUNT**
**United States District Judge**